

ORIGINAL

FILED
06/26/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0141

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0141

IN THE MATTER OF THE MENTAL HEALTH OF:

A.O.,

Respondent and Appellant.

**FILED**

JUN 26 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 26, 2020, within which to prepare, serve, and file its response brief.

DATED this 26th day of June, 2020.

_____
Acting Chief Justice

DM